IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BALTIMORE NEIGHBORHOODS, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:10-cv-01846-JFM |
| A & G MANAGEMENT CO., INC., *et al.*, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **STIPULATION OF DISMISSAL**

Because the parties have resolved the matters at issue in this case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) they stipulate that the action be dismissed with prejudice.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Benjamin Rosenberg, Esquire, Bar No. 00263 | C. Christopher Brown, Fed. Bar No. 01043 |
| ROSENBERG \| MARTIN \| GREENBERG, LLP | BROWN, GOLDSTEIN & LEVY, LLP |
| 25 South Charles Street, Suite 2115 | 120 E. Baltimore Street, Suite 1700 |
| Baltimore, MD 21201 | Baltimore, Maryland  21202 |
| (410) 727-6600 | (410) 962-1030 |
| brosenberg@rosenbergmartin.com | ccb@browngold.com |
| | |
| Attorney for Defendants | Attorney for Plaintiff |

Dated:  February 24, 2011